IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.                                     Case No. 6:19-cr-60035-001

DEANTHONY L. TILLMAN                                                                                       DEFENDANT

## ORDER

      Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 109. Judge Ford first notes that Defendant Deanthony Tillman's motion (ECF No. 107), which was docketed as a motion to reduce sentence pursuant to 18 U.S.C. § 3585(b), is more accurately viewed as a motion pursuant to 28 U.S.C. § 2241 because Defendant is challenging whether he has been given proper credit toward his sentence for time served in federal custody. Judge Ford further notes that such motions must be filed in the district in which Defendant is currently confined, which is the Middle District of Alabama. Therefore, Judge Ford recommends that Defendant's motion be denied without prejudice and that the Clerk of Court be directed to send Defendant a blank form for a Petition of Writ of Habeas Corpus under 28 U.S.C. § 2241 that he may file in the district in which he is confined. Defendant has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1)

      Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 109) in toto. Accordingly, Defendant's motion (ECF No. 107) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court is **directed** to send Defendant a blank form for a Petition of Writ of Habeas Corpus under 28 U.S.C. § 2241, along with a copy of this Order.

      **IT IS SO ORDERED**, this 9th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge